UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Attorney: LAW OFFICE OF CRAIG BLUMBERG - 1980

SI MEAT VILLAGE INC.

Plaintiff(s)

Index #: CV14 7324

- against -

Date Filed:

AMGUARD INSURANCE COMPANY

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 22, 2014 at 03:02 PM at

THE OFFICE OF THE SUPERINTENDENT OF INSURANCE
1 STATE STREET 19TH FLOOR
NEW YORK, NY 10004

deponent served the within true copy of the  SUMMONS & COMPLAINT on AMGUARD INSURANCE COMPANY, the defendant/respondent therein named,

**INSURANCE**    by service upon the N.Y.S. Superintendant of Insurance and tendering the required fee of $40.00. Said documents were accepted by MICHELLE BIRNBAUM, LEGAL CLERK, who is authorized to accept.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 52 | 5'3 | 160 |
| GLASSES | | | | | |

Sworn to me on:  December 22, 2014

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 1187234
Docket #:    *928675*