# LP&G

## LAZARE POTTER & GIACOVAS LLP

875 THIRD AVENUE, 28TH FLOOR ■ NEW YORK, NY 10022
TEL. 212-758-9300 ■ FAX. 212-888-0919

www.lpgllp.com

WRITER'S EMAIL
yglazer@lpgllp.com

WRITER'S DIRECT DIAL
(212) 784-3291

June 9, 2015

*Via ECF*

Honorable Vera M. Scanlon
Magistrate Judge, United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   *SI Meat Village Inc. v. AmGuard Insurance Company*
         United States District Court, Eastern District of New York
         Docket No.:   14 CV 7324 (FB) (VMS)
         LPG File No.: 3237-32

Dear Judge Scanlon:

   Following submission of the June 2, 2015 status report, a dispute has arisen which requires judicial intervention.

   In response to a subpoena served on the FDNY, it produced two digital video recorders (DVRs). In conversations with the relevant FDNY Marshall, he advised that, during its investigation, they discovered the DVR were password protected and they managed to "jury rig" the motherboard to be able to view and in part download the materials recorded therein. In its production, the FDNY produced certain discs containing a portion of the data recorded from the DVR's hard drives.

   AmGuard has retained a video consultant and desires to have the consultant review both the DVRs' hard drives and the disc in order to produce the data in a format amenable for use during discovery (including depositions) and trial, if necessary. Counsel for Plaintiff has objected to inspection of the DVRs by AmGuard's consultant, expressing concern that the review could "damage the device."

   We respectfully request a conference to discuss this matter. The parties are presently available as follows: on June 10, 2015, between 10 am and 1 pm and on June 11, 2015 between 1130 am and 3 pm, or as otherwise directed by the Court.

LAZARE POTTER & GIACOVAS LLP

                                                                      Very truly yours,

s/ Yale Glazer                                                         s/ Craig A. Blumberg

Yale Glazer                                                             Craig A. Blumberg
Attorney for Defendant                              Attorney for Plaintiff